**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Pupo-Leyvas, ) | No. CV 07-1032-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Mark A. Bezy, ) | |
| Defendant. ) | |

Having reviewed and considered Defendant's Motion for Extension of Time to File Reply to Plaintiff's Response to Motion to Transfer Venue (Doc. 13), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Motion (Doc. 13). Defendant shall file his Reply to Plaintiff's Response to Motion to Transfer Venue no later than **February 1, 2008**.

DATED this 25th day of January, 2008.

Stephen M. McNamee
United States District Judge